[No. 10179-7-III. Division Three. June 28, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY ALLEN HAVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 89-1-00006-1, John M. Lyden, J., entered August 9, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 10234-3-III. Division Three. June 28, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE G. HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89-1-00105-2, Donald W. Schacht, J., entered July 24, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Cole, J. Pro Tem.

[No. 10195-9-III. Division Three. June 28, 1990.]

MELISSA L. BARBER, *Respondent*, v. WILLIAM FURRER, JR., ET AL, *Petitioners*.

Appeal from a judgment of the Superior Court for Whitman County, No. 85-2-00014-3, John M. Lyden, J., entered August 22, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 10049-9-III. Division Three. June 28, 1990.]

DELWARD F. REED, *Respondent*, v. ROSEMARY MURROW, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-2-00329-8, Donald W. Schacht, J., entered May 1, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Cole, J. Pro Tem.